IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MAHA HASAN**,

        Plaintiff,

vs.

        Case No. 08-11317
        Hon. Denise Page Hood

**LIFE INSURANCE COMPANY OF NORTH AMERICA,**
a Pennsylvania corporation,

        Defendant.
_____/

ILANA S. WILENKIN (P61710)
**LAW OFFICES OF STUART M. FELDHEIM, P.C.**
Attorney for Plaintiff
30300 Northwestern Highway, Suite 108
Farmington Hills, MI 48334-3255
(248) 932-3505; Fax (248) 932-1734
ilana@lawsmf.com

JOHN D. PIRICH (P23204)
BRIAN T. QUINN (P66272)
**HONIGMAN MILLER SCHWARTZ & COHN LLP**
222 N Washington Sq., Ste. 400
Lansing, MI 48933
(517) 377-0706; Fax: (517) 364-9506
bquinn@honigman.com
_____/

## STIPULATED ORDER DISMISSING CASE
## WITH PREJUDICE AND WITHOUT COSTS

As set forth immediately below, the parties stipulate to dismiss this matter with prejudice and without costs.

| | |
|---|---|
| s/Ilana S. Wilenkin | s/Brian T. Quinn (w/consent) |
| Ilana S. Wilenkin (P61710) | John D. Pirich (P23204) |
| Plaintiff's Attorney | Brian T. Quinn (P66272) |
| 30300 Northwestern Hwy. | Defendant's Attorneys |
| Suite 108 | 222 N Washington Sq., Ste. 400 |
| Farmington Hills, MI 48334 | Lansing, MI 48933 |
| (248) 932-3505 | (517) 377-0706 |
| ilana@lawsmf.com | bquinn@honigman.com |
| | jpirich@honigman.com |

## **ORDER**

This matter having com before the Court pursuant to the parties' above-described stipulation, **IT IS ORDERED** that this matter is dismissed with prejudice and without costs.

s/ DENISE PAGE HOOD
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Date: June 23, 2008